**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Martin, David | 1/5/1950 | Oklahoma | Eastern District of California | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 2. | Tamayo, Jesus | 8/1/1944 | Texas | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 3. | Taylor, Randel | 7/19/1967 | Oklahoma | District of Connecticut | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 4. | Terry, Elliot | 12/23/1961 | Arizona | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 5. | Thibodeaux, Percy | 2/20/1969 | Texas | Northern District of Illinois | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 6. | Thirion, Clifford | 12/8/1947 | Oklahoma | Southern District of Georgia | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 7. | Tiernan, Raymond | 2/10/1959 | Massachusetts | District of Massachusetts | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 8. | Valentine, Charles | 3/13/1971 | Ohio | Southern District of Ohio | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 9. | Vickers, Casey | 9/4/1988 | Georgia | Southern District of Georgia | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Villegas, Victor | 12/17/1957 | Texas | Northern District of Illinois | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 11. | Wacaster, Jack | 11/12/1939 | Idaho | Northern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 12. | Walsh, James | 2/17/1976 | Washington | Northern District of Florida | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 13. | Washington, Richard | 7/16/1964 | New Jersey | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 14. | Watson, Kevin | 12/16/1956 | Virginia | District of Maryland | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 15. | Whirley, Roland | 12/27/1956 | California | Central District of California | Yes | No | No | Kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 16. | Whitfield, Michael | 4/3/1964 | Virginia | Eastern District of Virginia | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 17. | Whitford, Shane | 6/8/1977 | Pennsylvania | District of Hawaii | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 18. | Williams, Marchais | 2/12/1990 | Florida | Middle District of Florida | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 19. | Williams, Derek | 4/10/1958 | California | Southern District of California | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 20. | Wirth, Scott | 7/22/1969 | Michigan | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 21. | Wright, Zakarij | 12/31/1981 | Virginia | Southern District of Ohio | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 22. | Zahn, Andrew | 4/10/1958 | New Jersey | Northern District of Illinois | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 23. | Zapara, Troy | 12/6/1985 | Arizona | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |